RAFAEL AVERSA, Appellant, *v.* JAMES E. FINEGAN et al., Constituting the Municipal Civil Service Commission of the City of New York, Respondents, and EDMOND B. BUTLER et al., Constituting the Board of the Emergency Relief Bureau of the City of New York, Appellants and Respondents, Impleaded with Another.

Argued June 8, 1937; decided July 13, 1937.

*Osmond K. Fraenkel* and *Herman E. Cooper* for plaintiff, appellant.

*Paul Windels,* Corporation Counsel (*Jeremiah M. Evarts, Robert H. Schaffer* and *Charles F. Murphy* of counsel), for Municipal Civil Service Commission, respondent.

*H. Eliot Kaplan* and *Kenneth M. Spence* for Civil Service Reform Association, *amicus curiæ.*

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.   Taking no part: O'BRIEN, J.